UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                    :

In re:                                          :          25-CV-05833 (JAV)

                                                 :          Bankruptcy Court Case No.

PEGGY NESTOR,                      :          23-B-10627 (MEW)

              Debtor.                    :                 ORDER

------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

       Pursuant to Rule 8018 of the Federal Rules of Bankruptcy Procedure ("FRBP") and the Court's Bankruptcy Appeal Scheduling Order dated August 13, 2025, ECF No. 3, appellant was required to serve and file its opening brief no later than 30 days after the docketing of notice that the record of appeal has been transmitted or is available electronically and appellee was required to serve and file its response brief within 30 days after service of appellant's brief. Since the docketing of notice that the record of appeal was completed and available electronically on August 27, 2025, pursuant to the Notice of Record of Appeal Availability, ECF No. 4, appellant was required to serve and file its opening brief no later than September 26, 2025. To date, appellant has not filed a brief. As a courtesy, the deadline for appellant is hereby EXTENDED, *nunc pro tunc*, to **Friday, October 17, 2025 at the close of business** and the deadline for appellee is hereby EXTENDED, *nunc pro tunc*, to **Monday, November 17, 2025 at the close of business**.

       Appellant is cautioned that a failure to file a brief by the October 17 deadline could result in the dismissal of this bankruptcy appeal pursuant to FRBP 8018(a)(4).

       SO ORDERED.

Dated: October 8, 2025
       New York, New York                                    JEANNETTE A. VARGAS
                                                            UNITED STATES DISTRICT JUDGE