UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
                                          :

IN RE PEGGY NESTOR,

                Debtor.

------------------------------------------------------------------

MARIANNE NESTOR AND PEGGY NESTOR,

                Appellants,

   -v-

ALBERT TOGUT,

                Appellee.

------------------------------------------------------------------X

25-CV-05833 (JAV)

Bankruptcy Court Case No.
23-B-10627 (MEW)

<u>ORDER</u>

JEANNETTE A. VARGAS, United States District Judge:

Pursuant to Rule 8018 of the Federal Rules of Bankruptcy Procedure ("FRBP") and the Court's Bankruptcy Appeal Scheduling Order dated August 13, 2025, ECF No. 3, appellants were required to serve and file their opening brief no later than 30 days after the docketing of notice that the record of appeal has been transmitted or is available electronically. Since the docketing of notice that the record of appeal was completed and available electronically on August 27, 2025, pursuant to the Notice of Record of Appeal Availability, ECF No. 4, appellants were required to serve and file an opening brief no later than September 26, 2025.

On October 8, 2025, the Court entered an Order extending, *nunc pro tunc*, the deadline for appellants to file an opening brief to Friday, October 17, 2025.  ECF No. 5.  The Court cautioned that a failure to file a brief by that deadline could result in dismissal of this bankruptcy appeal pursuant to FRBP 8018(a)(4).

Appellants have failed to file a brief by the extended deadline.  Nor have they otherwise sought an extension of time, or submitted any filings to the Court since this appeal was first docketed on July 16, 2025.  Accordingly, this appeal is dismissed pursuant to FRBP 8018(a)(4) and for failure to prosecute.  The Clerk of Court is directed to close this case.

SO ORDERED.

Dated: October 28, 2025
      New York, New York

                                     JEANNETTE A. VARGAS
                             UNITED STATES DISTRICT JUDGE